UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bond Pharmacy, Inc., d/b/a AIS Healthcare,

        Plaintiff(s),        Case No.

v.

The Health Law Partners, P.C.,

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Plaintiff Bond Pharmacy, Inc., d/b/a AIS Healthcare

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: December 4, 2023        /s/ Larry R. Jensen, Jr.

        Hall, Render, Killian, Heath & Lyman, P.C.
        101 W. Big Beaver Road, Suite 745
        Troy, MI 48084
        (248)-740-7505
        ljensen@hallrender.com