UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOND PHARMACY, INC., *d/b/a* AIS HEALTHCARE, | ) ) ) | Case No. 2:23-cv-13069 Hon. Linda V. Parker |
| Plaintiff, | ) ) | Mag. David R. Grand |
| v. | ) ) | |
| THE HEALTH LAW PARTNERS, P.C. | ) ) | |
| Defendant. _____ | ) ) ) | |

**STIPULATED ORDER FOR THE SUBSTITUTION OF CO-COUNSEL FOR DEFENDANT THE HEALTH LAW PARTNERS, P.C.**

This matter having come before this Court on the stipulation of counsel, and the Court being fully advised in this matter:

IT IS HEREBY ORDERED that David C. Anderson and Jeffrey R. Hicks of Collins Einhorn Farrell PC, shall be substituted as co-counsel of record in this matter for Defendant The Health Law Partners, P.C. in place of Clinton Mikel of The Health Law Partners, P.C.

IT IS FURTHER ORDERED that nothing in this order shall change or substitute the appearance by Robert Rhoad of Nichols Liu, who shall remain co-

counsel of record for defendant The Health Law Partners, P.C.

  This order does not resolve the last pending claim and does not close this case.

  **IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 16, 2024

Agreed as to substance and form:

| COLLINS EINHORN FARRELL, PC | THE HEALTH LAW PARTNERS, P.C. |
|---|---|
| /s/ *Jeffrey R. Hicks* | /s/ *Clinton Mikel (w/consent)* |
| David C. Anderson (P55258) | Clinton Mikel (P73496) |
| Jeffrey R. Hicks (P74279) | 32000 Northwestern, Suite 240 |
| 4000 Town Center, 9th Fl. | Farmington Hills, MI 48334 |
| Southfield, MI 48075 | (248) 996-8510 |
| (248) 663-7730 | cmikel@thehlp.com |
| David.Anderson@ceflawyers.com | |
| Jeffrey.hicks@ceflawyers.com | |