# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BOND PHARMACY INC., d/b/a AIS HEALTHCARE,<br><br>      Plaintiff,<br>  v.<br><br>THE HEALTH LAW PARTNERS, P.C.,<br><br>      Defendant. | Case No. 2:23-CV-13069-LVP-DRG<br><br>Hon. Linda V. Parker<br>Hon. Mag. David R. Grand |

## STIPULATED ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

This matter having come before the Court upon the stipulation of the parties that the Court extend Plaintiff's time to respond to Defendant's Motion to Dismiss the Complaint, filed on February 27, 2024 (ECF No. 16);

Plaintiff and Defendants stipulate to entry of this Order:

IT IS HEREBY ORDERED THAT Plaintiff's time to respond to Defendant's Motion to Dismiss the Complaint is extended to April 2, 2024.

**IT IS SO ORDERED.**

                s/ Linda V. Parker
                LINDA V. PARKER
                U.S. DISTRICT JUDGE

Dated: March 15, 2024

Approved as to form and content:

/s/ David C. Anderson (w/ consent)
David C. Anderson (P55258)
Jeffrey R. Hicks (P74279)
Collins Einhorn Farrell PC
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-4141

Robert T. Rhoad
Nichols Liu LLP
655 15th Street, NW #425
Washington, DC 20005
(202) 846-9807
rrhoad@nicholsliu.com

March 15, 2024

*Attorneys for Defendant*

/s/ Larry R. Jensen
Jonathon A. Rabin (P57145)
Hall Render Killian Heath & Lyman
101 W. Big Beaver, Suite 745
Troy, MI 48084
(248) 740-7505
ljensen@hallrender.com

Paul Werner
Imad Matini
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Ave., NW
Suite 100
Washington, D.C. 20006
(202) 747-1931
pwerner@sheppardmullin.com
imatini@sheppardmullin.com

March 15, 2024

*Attorneys for Plaintiff*