UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BOND PHARMACY, INC., *d/b/a* AIS HEALTHCARE, <br><br> Plaintiff, <br><br> v. <br><br> THE HEALTH LAW PARTNERS, P.C. <br><br> Defendant. <br> _____ | Case No. 2:23-cv-13069 <br> Hon. Linda V. Parker <br> Mag. David R. Grand |

### STIPULATED ORDER REGARDING EXPANSION OF REPLY BRIEF PAGE LIMIT

This matter having come before this Court on the stipulation of the parties that the Court expand defendant's page limit in its reply to fully address Plaintiff's response to Defendant's Motion to Dismiss, filed on April 2, 2024 (ECF No. 18);

Plaintiff and Defendant stipulate to the entry of this Order:

IT IS HEREBY ORDERED that Defendant shall have an additional three pages to address its arguments in its reply brief to plaintiff's response to defendant's motion to dismiss, such that the total page limit for the reply brief is ten pages.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 1, 2024

1

Stipulated to by:

| | |
|---|---|
| COLLINS EINHORN FARRELL, PC | HALL RENDER KILLIAN HEATH & LYMAN |
| /s/ *David C. Anderson* | /s/ *Larry R. Jensen (w/consent)* |
| David C. Anderson (P55258) | Larry R. Jensen (P60317) |
| Jeffrey R. Hicks (P74279) | 101 W. Big Beaver, Suite 745 |
| 4000 Town Center, 9th Fl. | Troy, MI 48084 |
| Southfield, MI 48075 | (248) 740-7505 |
| (248) 663-7730 | ljensen@hallrender.com |
| David.Anderson@ceflawyers.com | |
| Jeffrey.hicks@ceflawyers.com | Paul Werner |
| | Imad Matini |
| Robert T. Rhoad | Sheppard, Mullin, Richter & Hampton LLP |
| Nichols Liu LLP | 2099 Pennsylvania Ave., NW |
| 655 15th Street, NW #425 | Suite 100 |
| Washington, DC 20005 | Washington, DC 20006 |
| (202) 846-9807 | (202) 747-1931 |
| rrhoad@nicholsliu.com | pwerner@sheppardmullin.com |
| | imatini@sheppardmullin.com |
| May 1, 2024 | |
| | May 1, 2024 |
| *Attorneys for Defendant* | |
| | *Attorneys for Plaintiff* |