IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, </br></br> Plaintiff-Counter Defendant, </br></br> v. </br></br> ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, </br></br> Defendant-Counterclaimant. | Case No. 1:22-cv-01343-CMH-IDD |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/ Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS"), and Defendant/ Counterclaimant Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield ("Anthem"), stipulate and agree, as evidenced by the signatures of their counsel below, as follows:

On November 23, 2022, AIS filed a Complaint against Anthem. ECF No. 1. On April 26, 2023, Anthem answered AIS's Complaint and asserted a counterclaim. ECF No. 41. AIS and Anthem have since come to a resolution of AIS's claims and Anthem's counterclaim. Accordingly, the parties hereby stipulate to the dismissal with prejudice of AIS's claims against Anthem, ECF No. 1, and the dismissal with prejudice of Anthem's counterclaim against AIS, ECF No. 41, as asserted in this action and as agreed to by the parties.

Dated: March 26, 2024

| | |
|---|---|
| By: /s/ Paul Werner | By: /s/ Michael E. Lacy |
| Paul Werner (VSB No. 48910) | Michael E. Lacy |
| Imad Matini (VSB No. 90126) | Sarah E. Siu |
| Hannah Wigger (admitted pro hac vice) | Virginia Bell Flynn |
| Christopher Bauer (admitted pro hac vice) | Callan G. Stein |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 2099 Pennsylvania Avenue, N.W., Suite 100 | P.O. Box 1122 |
| Washington, D.C. 20006 | Richmond, Virginia 23218-1122 |
| Telephone: 202-747-1931 | Telephone: (804) 697-1326 |
| pwerner@sheppardmullin.com | michael.lacy@troutman.com |
| imatini@sheppardmullin.com | sarah.siu@troutman.com |
| hwigger@sheppardmullin.com | virginia.flynn@troutman.com |
| cbauer@sheppardmullin.com | callan.stein@troutman.com |

*Attorneys for Plaintiff/ Counter-Defendant*    *Attorneys for Defendant/ Counterclaimant*

So Ordered
Claude M. Hilton
USDJ
Mar 27, 2024

-2-