UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOND PHARMACY INC.,
d/b/a AIS HEALTHCARE,

        Plaintiff,

v.

        Case No. 23-cv-13069
        Honorable Linda V. Parker

THE HEALTH LAW PARTNERS, P.C.,

        Defendant.
_____/

## JUDGMENT

Plaintiff filed this action against Defendant on December 4, 2023. Defendant subsequently filed a motion to dismiss, which this Court granted in an Opinion and Order entered on today's date.

Accordingly,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

        s/ Linda V. Parker
        LINDA V. PARKER
        U.S. DISTRICT JUDGE

Dated: September 23, 2024